IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VICTOR URBAN RENEWAL GROUP LLC and, DRANOFF PROPERTIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF CAMDEN, THE CAMDEN REDEVELOPMENT AGENCY, JASON ASUNCION, MICHELLE BANKS-SPEARMAN, Esquire, and OLIVETTE SIMPSON, <br><br> Defendants. | Civil Action No. 1:18-cv-10841 <br><br> JURY TRIAL DEMANDED |

## DISCLOSURE STATEMENT

The undersigned counsel for _DRANOFF PROPERTIES, LLC_ certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____
_____
_____
_____

**OR**

☑ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

_[signature]_
Signature of Attorney

Aaron Krauss
Print Name

7/23/18
Date

Cozen O'Connor
Name of Firm

One Liberty Place, Suite 2800
Address

Philadelphia, PA 19103
City/State/ZIP Code

Instructions:
1. Disclosure Statement is to be filed as a separate document.
2. Select Case Type (Civil) from the menu bar at the top of the ECF screen.
3. Click on **Other Documents**.
4. Select **Corporate Disclosure Statement**.
5. Enter the case for which the Disclosure Statement is being filed.
6. Select the PDF document to file.
7. Select the party filing the Disclosure Statement.
8. If applicable, insert the name of the Corporate Parent or leave blank.
9. Proofread the docket text.
10. Submit the Disclosure Statement by clicking the **NEXT** button.

DNJ-CMECF-005 (5/2/08)